# Watt *v.* The State.

### *Indictment for Compounding Felony.*

*Form of indictm nt in the Code sufficient.*—An indictment for compounding a felony, which is in substantial compliance with the form (No. 28) provided by the Code, is sufficient.

Appeal from Coosa Circuit Court.
Tried before Hon. JAMES R. DOWDELL.

The indictment on which the defendant was convicted, omitting formal parts, avers that "Wheeler Watt, then and there having knowledge of the commission of a felony, to-wit: that Milton Cooper, alias Matt Cooper, was then and there guilty of grand larceny, the same being a felony under the laws of Alabama, did take or receive from the said Milton Cooper, alias Matt Cooper, one cow and yearling, and to-wit, five dollars in money, to compound or conceal said felony, or to abstain from any prosecution of said felony."

The error assigned is that "the indictment fails to show the character of the felony compounded."

FELIX L. SMITH, for appellant.

WM. L. MARTIN, Attorney-General, *contra.*

HARALSON, J.—The indictment in this case was drawn in substantial and almost literal compliance with *section 4006,* and with form 28, p. 269, of the Code, and was not liable to the demurrer interposed, which was rightly overruled.

The judgment is affirmed.